SIMMONS *v*. SIMMONS.

HEAD, Justice. 1. If the testimony submitted before the trial judge authorized his order, it should not be disturbed, regardless of any oral opinion that he may have expressed at the conclusion of the hearing. *Jennison* v. *Jennison*, 136 *Ga.* 202, 207 (71 S. E. 244).

2. The evidence in this case does not show conclusively that the defendant was unable to comply with the judgment awarding alimony, and the order adjudging him in contempt will not be reversed by this court. *Greenway* v. *Greenway*, 147 *Ga.* 503 (94 S. E. 885); *Banks* v. *Banks*, 188 *Ga.* 181 (3 S. E. 2d, 717); *Snider* v. *Snider*, 190 *Ga.* 381 (9 S. E. 2d, 654); *Arnold* v. *Arnold*, 195 *Ga.* 304 (4) (24 S. E. 2d, 12).

*Judgment affirmed. All the Justices concur, except Duckworth, C.J., who dissents.*

No. 17419. ARGUED MARCH 12, 1951—DECIDED APRIL 10, 1951—
REHEARING DENIED MAY 16, 1951.

*J. D. Godfrey* and *Casey Thigpen,* for plaintiff in error.
*Irwin L. Evans,* contra.